UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FERDANINDO BOSCO, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>COMPASS GROUP USA, INC., et al.,<br><br>        Defendants. | Civil Action No. 22-06909 (JXN)(JRA)<br><br>**ORDER** |

**NEALS**, District Judge,

    Before this Court is the Report and Recommendation ("R&R") entered on September 21, 2023, by the Honorable Jose R. Almonte ("Judge Almonte"), recommending that subject matter jurisdiction exists under the Class Action Fairness Act, 28 U.S.C. §§ 1332(d). (ECF No. 42.) Judge Almonte advised the parties that they had fourteen (14) days to file and serve any objections to the R&R pursuant to Local Civil Rule 72.1. To date, neither party has filed any objections.

    The Court has reviewed the parties' submissions and has considered Judge Almonte's R&R, and for the reasons stated therein,

    **IT IS** on this 13th day of October 2023,

    **ORDERED** that the R&R of Judge Almonte, filed on September 21, 2023 (ECF No. 42), is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court.

_____
**JULIEN XAVIER NEALS**
**United States District Judge**