UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FERDANINDO BOSCO AND CLAUDETTE JACKSON-GOODMAN,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS GROUP USA, INC.; COMPASS ONE, LLC; and COMPASS 2K12 SERVICES, LLC,<br><br>Defendants. | Civil Action No. 22-cv-6909 (JXN)(JRA)<br><br>**ORDER** |

**NEALS**, District Judge:

Before this Court is Defendants Compass Group USA, Inc., Compass One, LLC, and Compass 2K12 Services, LLC's (collectively, "Defendants" or "Compass") motion to dismiss Plaintiffs Ferdanindo Bosco ("Bosco") and Claudette Jackson-Goodman's ("Jackson-Goodman") (collectively, "Plaintiffs") Amended Complaint (ECF No. 1 at 24-41) ("Am. Compl." or "Amended Complaint") for lack of standing and failure to state a claim, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (ECF No. 83). Jurisdiction and venue are proper pursuant to 28 U.S.C. §§ 1332 and 1441, respectively. The Court has carefully considered the parties' submissions and decides this matter without oral argument under Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b).

For the reasons set forth in the accompanying opinion,

**IT IS** on this 23rd day of June, 2025,

**ORDERED** that Defendants' motion to dismiss (ECF No. 83) is **GRANTED**; and it is further

**ORDERED** that the Amended Complaint (ECF No. 1 at 24-41) is **DISMISSED with prejudice**; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this matter.

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge